```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

UNITED STATES OF AMERICA

vs.                                        Case No. 2:06-cr-126-FTM-29DNF

TARSHA BROOKS
_____

### **OPINION AND ORDER**

This matter is before the Court on a Joint Stipulation Regarding Retroactive Application of Revised Cocaine Base Sentencing Guidelines (Doc. #76), filed on April 6, 2012. Deemed included in the Joint Stipulation is defendant's Motion for a Reduction of Sentence pursuant to Amendment 750 of the U.S. Sentencing Guidelines. Defendant seeks a reduction in his sentence in light of Amendment 750 to the United States Sentencing Guidelines, and this is not opposed by the United States.

Defendant is eligible for a reduction of his term of imprisonment under Amendment 750, and the Court has reviewed the original Presentence Report and the supplemental Memorandum from the U.S. Probation Office. The Court finds the Joint Stipulation to be appropriate under all the circumstances. Therefore, the Joint Stipulation and motion will be granted pursuant to 18 U.S.C. § 3582(c).

Accordingly, it is now

**ORDERED AND ADJUDGED:**

1. The Joint Stipulation Regarding Retroactive Application of Revised Cocaine Base Sentencing Guidelines (Doc. #76) is deemed to include defendant's Motion for a Reduction of Sentence pursuant to

Amendment 750 of the U.S. Sentencing Guidelines.

2. Defendant's Motion for a Reduction of Sentence pursuant to Amendment 750 of the U.S. Sentencing Guidelines is **GRANTED** as set forth below.

3. The Clerk of the Court shall enter an Amended Judgment reducing the sentence imposed to one-hundred twenty (120) months imprisonment, and otherwise leaving all other components of the sentence as originally imposed. This Opinion and Order and the amended Judgment is subject to the prohibition contained within U.S.S.G. § 1B1.10(b)(2)(c) which provides that "[i]n no event may the reduced term of imprisonment be less than the term of imprisonment the defendant has already served."

**DONE AND ORDERED** at Fort Myers, Florida, this __9th__ day of April, 2012.

JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record
U.S. Probation
U.S. Marshal
DCCD